UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD KAVANAUGH SWAIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MISSOURI STATE PUBLIC DEFENDERS ) <br> OFFICE, et al., ) <br> ) <br> Defendants. ) | No. 4:18-CV-1202 DDN |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for collection of the appellate filing fees pursuant to 28 U.S.C. § 1915(b). The Court will direct the Clerk of Court to request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Dated this 28th day of January, 2019.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE